JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DENISE CARROLL,<br><br>           Plaintiff,<br><br>        v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>           Defendant. | No. 2:24-cv-03410-JDE<br><br>JUDGMENT |

    In accordance with the Memorandum Opinion and Order filed herewith,

    IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings consistent with the Court's Order.

Dated: September 30, 2024

                                                      _____
                                                      JOHN D. EARLY
                                                      United States Magistrate Judge